**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02202-REB-KMT

RITA K. JONES,

    Plaintiff,

v.

KING SOOPERS, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#8] entered by Judge Robert E. Blackburn on June 13, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the Recommendation of United States Magistrate Judge [#7] filed March 7, 2013, is APPROVED and ADOPTED as an order of this court;

2. That this action is **DISMISSED WITHOUT PREJUDICE** for lack of service under FED. R. CIV. P. 4(m);

3. That **JUDGMENT IS HEREBY ENTERED** in favor of the defendant, King Soopers, Inc., and against the plaintiff, Rita K. Jones, and the case is closed.

DATED at Denver, Colorado, this 13th day of June, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                    Edward P. Butler, Deputy Clerk